# VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Thursday the 8th day of December, 2016.*

Michael Nelson Currier,                                                                          Appellant,

  against            Record No. 160102
                         Court of Appeals No. 1428-14-2

Commonwealth of Virginia,                                                                    Appellee.

Upon an appeal from a judgment rendered by the Court of Appeals of Virginia.

In this case, we awarded appellant an appeal from the judgment of the Court of Appeals holding that the trial court did not err in its denial of the appellant's motion to set aside the jury verdict on the basis of collateral estoppel. *Currier v. Commonwealth*, 65 Va. App. 605, 609-14, 779 S.E.2d 834, 836-38 (2015).

We have considered the record, briefs, and argument of counsel, and for the reasons stated in the opinion of the Court of Appeals, we will affirm the judgment.

This order shall be certified to the Court of Appeals of Virginia and to the Circuit Court of Albemarle County and shall be published in the Virginia Reports.

Justice McCullough took no part in the consideration of this case.

A Copy,

Teste:

Patricia L. Harrington, Clerk